IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA                                                                    PLAINTIFF

v.                                      Case No. 4:13-cr-00046 KGB

CHRISTOPHER RYAN MURPHY                                                                     DEFENDANT

**ORDER**

Pending before the Court is defendant Christopher Ryan Murphy's motion for early termination of supervised release (Dkt. No. 33). The government does not oppose the motion (Dkt. No. 36, at 3). For the following reasons, the Court grants the motion for early termination of supervised release (Dkt. No. 33).

On June 12, 2014, Mr. Murphy plead guilty to possession with intent to distribute cocaine base in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B) (Dkt. No. 21). The Court sentenced Mr. Murphy on July 29, 2015, to 60 months of imprisonment, four years of supervised release, and a $100.00 special penalty assessment (Dkt. Nos. 28; 30).[1]

Mr. Murphy's supervision commenced on May 10, 2019. Mr. Murphy states that he has complied consistently with all of the terms and conditions of his supervision, has been gainfully employed, has paid the special assessment, and has otherwise fulfilled the conditions of his sentence (Dkt. No. 33, ¶ 1). Mr. Murphy states that, while incarcerated, he completed a number of rehabilitation programs (Dkt. Nos. 33, ¶ 1; 33-1). Mr. Murphy states that he has also graduated from college with an associate's degree in criminal justice and would like to move to a safer community and take advantage of many employment opportunities on which he cannot now

---

[1] The Honorable J. Leon Holmes received Mr. Murphy's plea and sentenced him. After Judge Holmes's retirement, this case was reassigned (Dkt. No. 32).

capitalize due to his inability to travel or relocate (Dkt. No. 33, ¶ 3).  The government has consulted with the United States Probation Office who confirms that Mr. Murphy has completed at least 18 months of supervision and is in compliance with all of the conditions of his supervised release (Dkt. No. 36, at 1).  The government reports that, for those reasons, the United State Probation Office recommends early termination of supervision for Mr. Murphy (*Id.*).

Pursuant to 18 U.S.C. § 3583(e), the Court may terminate a term of supervised release where, after consideration of both the Federal Rules of Criminal Procedure and the appropriate factors, the Court concludes that such action is warranted by the conduct of the defendant and is in the interest of justice.  As he has served more than one year of supervised release, Mr. Murphy is eligible for early termination of the remainder of his supervised release under 18 U.S.C. § 3583(e).  Mere compliance with the terms of supervised release does not justify early termination because compliance is expected.

Here, Mr. Murphy has made substantial progress such that the interests of justice support early termination at this point.  Since his release, he has maintained full-time employment and has completed an associate's degree in criminal justice from Shorter College.  Further, the government and the United States Probation Office do not oppose the request.  Therefore, this Court grants Mr. Murphy's motion for early termination of supervised release (Dkt. No. 33).

It is so ordered this 1st day of December, 2022.

*Kristine G. Baker*
_____
Kristine G. Baker
United States District Judge